**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Pronouns: he/him/his
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Counsel for Movant and*
*[Proposed] Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVI KRISHNAMOORTHY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMLER SCIENTIFIC, INC., DOUGLAS MURPHY-CHUTORIAN, ANDREW B. WEINSTEIN, and RENAE CORMIER,<br><br>Defendants. | Case No. 5:25-cv-07303-PCP<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT SIDNEY WOODBURY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>CLASS ACTION<br><br>Judge: P. Casey Pitts<br>Hearing: December 4, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8 – 4th Floor (San Jose) |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for movant Sidney Woodbury ("Movant"). I make this declaration in support of Movant's motion for appointment as lead plaintiff and approval of Movant's choice of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:     PSLRA Early Notice;

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT SIDNEY WOODBURY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – Case No. 5:25-cv-07303-PCP

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 28th day of October, 2025.

*/s/ Laurence M. Rosen*
Laurence M. Rosen, Esq.

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT SIDNEY WOODBURY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – Case No. 5:25-cv-07303-PCP

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am not a party to the above case and I am over the age of eighteen.

On October 28, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT SIDNEY WOODBURY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 28th, 2025.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT SIDNEY WOODBURY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – Case No. 5:25-cv-07303-PCP