# Exhibit 1

Aug 29, 2025 1:17 PM Eastern Daylight Time

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Semler Scientific, Inc. Investors – SMLR

Share

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Semler Scientific, Inc. (NASDAQ: SMLR) between March 10, 2021 and April 15, 2025, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Semler Scientific investors under the federal securities laws.

To join the Semler Scientific class action, go to https://rosenlegal.com/submit-form/?case_id=39889 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Semler Scientific did not disclose a material investigation by the United States Department of Justice (the "DOJ") into violations of the False Claims Act, while discussing possible violations of the False Claims (and aggressive DOJ enforcement thereof) in hypothetical terms; and (2) as a result, defendants public statements were materially false and/or misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than October 28, 2025**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=39889 or to discuss your rights or interests regarding this class

action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Industry:**     Class Action Lawsuit    Professional Services    Legal

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653  🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

## THE ROSEN LAW FIRM, P.A.

📈 NASDAQ:SMLR

## RELEASE VERSIONS

English

## CONTACTS

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
[case@rosenlegal.com](mailto:case@rosenlegal.com)
[www.rosenlegal.com](http://www.rosenlegal.com)

## NEWSTRAK REPORT

View Report