# Exhibit 3

**Semler Scientific, Inc.**
**Class Period: March 10, 2021 through April 15, 2025, inclusive.**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
|      |                |        |                 |       |           |        |                 |       |                 |                |                 | $36.87 |
| Sidney Woodbury | 11/21/2024 | 12,500 | ($72.81) | ($910,125.00) | | | | | 12,500 | 460,925.00 | ($449,200.00) | |