# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**SEMLER SCIENTIFIC INC. SECURITIES LITIGATION**

I, Scott Link, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Semler Scientific Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Semler Scientific Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class in any action under the federal securities laws (15 U.S. Code, Chapter 2B; and 15 U.S. Code, Chapter 2A, Subchapter I) during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

10/28/2025
_____                         _____
          Date                                                                  Scott Link

**Scott Link's Transactions in Semler Scientific, Inc. (SMLR)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/15/2021 | Bought | 500 | $100.00 |
| 11/30/2021 | Bought | 299 | $98.00 |
| 11/30/2021 | Bought | 8 | $98.00 |
| 11/30/2021 | Bought | 193 | $98.00 |
| 12/3/2021 | Bought | 68 | $91.60 |
| 12/3/2021 | Bought | 32 | $91.60 |
| 12/3/2021 | Bought | 400 | $91.60 |
| 12/29/2021 | Bought | 1,400 | $89.40 |
| 12/29/2021 | Bought | 100 | $89.40 |
| 1/7/2022 | Bought | 64 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 1 | $79.40 |
| 1/7/2022 | Bought | 100 | $79.40 |
| 1/7/2022 | Bought | 100 | $79.40 |
| 1/7/2022 | Bought | 100 | $79.40 |
| 1/7/2022 | Bought | 290 | $79.40 |
| 1/7/2022 | Bought | 100 | $79.40 |
| 1/7/2022 | Bought | 100 | $79.40 |
| 1/7/2022 | Bought | 100 | $79.40 |
| 1/7/2022 | Bought | 535 | $79.40 |
| 1/18/2022 | Bought | 500 | $76.50 |
| 1/24/2022 | Bought | 88 | $71.70 |
| 1/24/2022 | Bought | 800 | $71.70 |
| 1/24/2022 | Bought | 100 | $71.70 |
| 1/24/2022 | Bought | 12 | $71.70 |
| 1/27/2022 | Bought | 675 | $69.60 |
| 1/27/2022 | Bought | 100 | $69.60 |
| 1/27/2022 | Bought | 100 | $69.60 |
| 1/27/2022 | Bought | 125 | $69.60 |
| 3/1/2022 | Bought | 1,000 | $52.75 |
| 3/1/2022 | Bought | 1,291 | $56.74 |
| 3/1/2022 | Bought | 100 | $57.00 |
| 3/1/2022 | Bought | 98 | $57.00 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/1/2022 | Bought | 7 | $57.00 |
| 3/1/2022 | Bought | 100 | $57.00 |
| 3/1/2022 | Bought | 2 | $57.00 |
| 3/1/2022 | Bought | 2 | $57.00 |
| 3/1/2022 | Bought | 100 | $56.87 |
| 3/1/2022 | Bought | 100 | $56.87 |
| 3/1/2022 | Bought | 100 | $56.87 |
| 3/1/2022 | Bought | 100 | $56.87 |
| 3/2/2022 | Bought | 311 | $47.40 |
| 3/2/2022 | Bought | 100 | $47.40 |
| 3/2/2022 | Bought | 100 | $47.40 |
| 3/2/2022 | Bought | 156 | $47.40 |
| 3/2/2022 | Bought | 9 | $47.40 |
| 3/2/2022 | Bought | 3 | $47.40 |
| 3/2/2022 | Bought | 40 | $47.40 |
| 3/2/2022 | Bought | 2 | $47.40 |
| 3/2/2022 | Bought | 100 | $47.40 |
| 3/2/2022 | Bought | 1 | $47.40 |
| 3/2/2022 | Bought | 21 | $47.40 |
| 3/2/2022 | Bought | 54 | $47.40 |
| 3/2/2022 | Bought | 3 | $47.40 |
| 3/2/2022 | Bought | 100 | $47.40 |
| 3/2/2022 | Bought | 125 | $48.85 |
| 3/2/2022 | Bought | 29 | $48.85 |
| 3/2/2022 | Bought | 500 | $48.85 |
| 3/2/2022 | Bought | 3 | $48.85 |
| 3/2/2022 | Bought | 31 | $48.85 |
| 3/2/2022 | Bought | 26 | $48.85 |
| 3/2/2022 | Bought | 12 | $48.85 |
| 3/2/2022 | Bought | 10 | $48.85 |
| 3/2/2022 | Bought | 123 | $48.85 |
| 3/2/2022 | Bought | 99 | $48.85 |
| 3/2/2022 | Bought | 1 | $48.85 |
| 3/2/2022 | Bought | 3 | $48.85 |
| 3/2/2022 | Bought | 31 | $48.85 |
| 3/2/2022 | Bought | 7 | $48.85 |
| 5/3/2022 | Bought | 1,204 | $35.90 |
| 5/3/2022 | Bought | 100 | $35.90 |
| 5/3/2022 | Bought | 32 | $35.90 |
| 5/3/2022 | Bought | 100 | $35.90 |
| 5/3/2022 | Bought | 100 | $35.90 |
| 5/3/2022 | Bought | 64 | $35.90 |
| 5/3/2022 | Bought | 100 | $35.90 |
| 5/3/2022 | Bought | 100 | $35.90 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 5/3/2022 | Bought | 100 | $35.90 |
| 5/3/2022 | Bought | 100 | $35.90 |
| 5/5/2022 | Bought | 13 | $32.40 |
| 5/5/2022 | Bought | 22 | $32.40 |
| 5/5/2022 | Bought | 13 | $32.40 |
| 5/5/2022 | Bought | 952 | $32.40 |
| 5/6/2022 | Bought | 1,000 | $31.50 |
| 5/9/2022 | Bought | 778 | $28.50 |
| 5/9/2022 | Bought | 97 | $28.50 |
| 5/9/2022 | Bought | 121 | $28.50 |
| 5/9/2022 | Bought | 1 | $28.50 |
| 5/9/2022 | Bought | 3 | $28.50 |
| 5/9/2022 | Bought | 900 | $30.00 |
| 5/9/2022 | Bought | 100 | $30.00 |