# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Semler Scientific, Inc.
**Ticker:** SMLR
**Class Period:** March 10, 2021 to April 15, 2025
**Name:** Scott Link

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/15/2021 | 500 | $100.00 | -$50,000.00 | | $0.00 | -$50,000.00 |
| 11/30/2021 | 299 | $98.00 | -$29,302.00 | | $0.00 | -$29,302.00 |
| 11/30/2021 | 8 | $98.00 | -$784.00 | | $0.00 | -$784.00 |
| 11/30/2021 | 193 | $98.00 | -$18,914.00 | | $0.00 | -$18,914.00 |
| 12/3/2021 | 68 | $91.60 | -$6,228.80 | | $0.00 | -$6,228.80 |
| 12/3/2021 | 32 | $91.60 | -$2,931.20 | | $0.00 | -$2,931.20 |
| 12/3/2021 | 400 | $91.60 | -$36,640.00 | | $0.00 | -$36,640.00 |
| 12/29/2021 | 1,400 | $89.40 | -$125,160.00 | | $0.00 | -$125,160.00 |
| 12/29/2021 | 100 | $89.40 | -$8,940.00 | | $0.00 | -$8,940.00 |
| 1/7/2022 | 64 | $79.40 | -$5,081.60 | | $0.00 | -$5,081.60 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 1 | $79.40 | -$79.40 | | $0.00 | -$79.40 |
| 1/7/2022 | 100 | $79.40 | -$7,940.00 | | $0.00 | -$7,940.00 |
| 1/7/2022 | 100 | $79.40 | -$7,940.00 | | $0.00 | -$7,940.00 |
| 1/7/2022 | 100 | $79.40 | -$7,940.00 | | $0.00 | -$7,940.00 |
| 1/7/2022 | 290 | $79.40 | -$23,026.00 | | $0.00 | -$23,026.00 |
| 1/7/2022 | 100 | $79.40 | -$7,940.00 | | $0.00 | -$7,940.00 |
| 1/7/2022 | 100 | $79.40 | -$7,940.00 | | $0.00 | -$7,940.00 |
| 1/7/2022 | 100 | $79.40 | -$7,940.00 | | $0.00 | -$7,940.00 |
| 1/7/2022 | 535 | $79.40 | -$42,479.00 | | $0.00 | -$42,479.00 |
| 1/18/2022 | 500 | $76.50 | -$38,250.00 | | $0.00 | -$38,250.00 |
| 1/24/2022 | 88 | $71.70 | -$6,309.60 | | $0.00 | -$6,309.60 |
| 1/24/2022 | 800 | $71.70 | -$57,360.00 | | $0.00 | -$57,360.00 |
| 1/24/2022 | 100 | $71.70 | -$7,170.00 | | $0.00 | -$7,170.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/24/2022 | 12 | $71.70 | -$860.40 | | $0.00 | -$860.40 |
| 1/27/2022 | 675 | $69.60 | -$46,980.00 | | $0.00 | -$46,980.00 |
| 1/27/2022 | 100 | $69.60 | -$6,960.00 | | $0.00 | -$6,960.00 |
| 1/27/2022 | 100 | $69.60 | -$6,960.00 | | $0.00 | -$6,960.00 |
| 1/27/2022 | 125 | $69.60 | -$8,700.00 | | $0.00 | -$8,700.00 |
| 3/1/2022 | 1,000 | $52.75 | -$52,750.00 | | $0.00 | -$52,750.00 |
| 3/1/2022 | 1,291 | $56.74 | -$73,251.47 | | $0.00 | -$73,251.47 |
| 3/1/2022 | 100 | $57.00 | -$5,700.00 | | $0.00 | -$5,700.00 |
| 3/1/2022 | 98 | $57.00 | -$5,586.00 | | $0.00 | -$5,586.00 |
| 3/1/2022 | 7 | $57.00 | -$399.00 | | $0.00 | -$399.00 |
| 3/1/2022 | 100 | $57.00 | -$5,700.00 | | $0.00 | -$5,700.00 |
| 3/1/2022 | 2 | $57.00 | -$114.00 | | $0.00 | -$114.00 |
| 3/1/2022 | 2 | $57.00 | -$114.00 | | $0.00 | -$114.00 |
| 3/1/2022 | 100 | $56.87 | -$5,687.00 | | $0.00 | -$5,687.00 |
| 3/1/2022 | 100 | $56.87 | -$5,687.00 | | $0.00 | -$5,687.00 |
| 3/1/2022 | 100 | $56.87 | -$5,687.00 | | $0.00 | -$5,687.00 |
| 3/1/2022 | 100 | $56.87 | -$5,687.00 | | $0.00 | -$5,687.00 |
| 3/2/2022 | 311 | $47.40 | -$14,741.40 | | $0.00 | -$14,741.40 |
| 3/2/2022 | 100 | $47.40 | -$4,740.00 | | $0.00 | -$4,740.00 |
| 3/2/2022 | 100 | $47.40 | -$4,740.00 | | $0.00 | -$4,740.00 |
| 3/2/2022 | 156 | $47.40 | -$7,394.40 | | $0.00 | -$7,394.40 |
| 3/2/2022 | 9 | $47.40 | -$426.60 | | $0.00 | -$426.60 |
| 3/2/2022 | 3 | $47.40 | -$142.20 | | $0.00 | -$142.20 |
| 3/2/2022 | 40 | $47.40 | -$1,896.00 | | $0.00 | -$1,896.00 |
| 3/2/2022 | 2 | $47.40 | -$94.80 | | $0.00 | -$94.80 |
| 3/2/2022 | 100 | $47.40 | -$4,740.00 | | $0.00 | -$4,740.00 |
| 3/2/2022 | 1 | $47.40 | -$47.40 | | $0.00 | -$47.40 |
| 3/2/2022 | 21 | $47.40 | -$995.40 | | $0.00 | -$995.40 |
| 3/2/2022 | 54 | $47.40 | -$2,559.60 | | $0.00 | -$2,559.60 |
| 3/2/2022 | 3 | $47.40 | -$142.20 | | $0.00 | -$142.20 |
| 3/2/2022 | 100 | $47.40 | -$4,740.00 | | $0.00 | -$4,740.00 |
| 3/2/2022 | 125 | $48.85 | -$6,106.25 | | $0.00 | -$6,106.25 |
| 3/2/2022 | 29 | $48.85 | -$1,416.65 | | $0.00 | -$1,416.65 |
| 3/2/2022 | 500 | $48.85 | -$24,425.00 | | $0.00 | -$24,425.00 |
| 3/2/2022 | 3 | $48.85 | -$146.55 | | $0.00 | -$146.55 |
| 3/2/2022 | 31 | $48.85 | -$1,514.35 | | $0.00 | -$1,514.35 |
| 3/2/2022 | 26 | $48.85 | -$1,270.10 | | $0.00 | -$1,270.10 |
| 3/2/2022 | 12 | $48.85 | -$586.20 | | $0.00 | -$586.20 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/2/2022 | 10 | $48.85 | -$488.50 | | $0.00 | -$488.50 |
| 3/2/2022 | 123 | $48.85 | -$6,008.55 | | $0.00 | -$6,008.55 |
| 3/2/2022 | 99 | $48.85 | -$4,836.15 | | $0.00 | -$4,836.15 |
| 3/2/2022 | 1 | $48.85 | -$48.85 | | $0.00 | -$48.85 |
| 3/2/2022 | 3 | $48.85 | -$146.55 | | $0.00 | -$146.55 |
| 3/2/2022 | 31 | $48.85 | -$1,514.35 | | $0.00 | -$1,514.35 |
| 3/2/2022 | 7 | $48.85 | -$341.95 | | $0.00 | -$341.95 |
| 5/3/2022 | 1,204 | $35.90 | -$43,223.60 | | $0.00 | -$43,223.60 |
| 5/3/2022 | 100 | $35.90 | -$3,590.00 | | $0.00 | -$3,590.00 |
| 5/3/2022 | 32 | $35.90 | -$1,148.80 | | $0.00 | -$1,148.80 |
| 5/3/2022 | 100 | $35.90 | -$3,590.00 | | $0.00 | -$3,590.00 |
| 5/3/2022 | 100 | $35.90 | -$3,590.00 | | $0.00 | -$3,590.00 |
| 5/3/2022 | 64 | $35.90 | -$2,297.60 | | $0.00 | -$2,297.60 |
| 5/3/2022 | 100 | $35.90 | -$3,590.00 | | $0.00 | -$3,590.00 |
| 5/3/2022 | 100 | $35.90 | -$3,590.00 | | $0.00 | -$3,590.00 |
| 5/3/2022 | 100 | $35.90 | -$3,590.00 | | $0.00 | -$3,590.00 |
| 5/3/2022 | 100 | $35.90 | -$3,590.00 | | $0.00 | -$3,590.00 |
| 5/5/2022 | 13 | $32.40 | -$421.20 | | $0.00 | -$421.20 |
| 5/5/2022 | 22 | $32.40 | -$712.80 | | $0.00 | -$712.80 |
| 5/5/2022 | 13 | $32.40 | -$421.20 | | $0.00 | -$421.20 |
| 5/5/2022 | 952 | $32.40 | -$30,844.80 | | $0.00 | -$30,844.80 |
| 5/6/2022 | 1,000 | $31.50 | -$31,500.00 | | $0.00 | -$31,500.00 |
| 5/9/2022 | 778 | $28.50 | -$22,173.00 | | $0.00 | -$22,173.00 |
| 5/9/2022 | 97 | $28.50 | -$2,764.50 | | $0.00 | -$2,764.50 |
| 5/9/2022 | 121 | $28.50 | -$3,448.50 | | $0.00 | -$3,448.50 |
| 5/9/2022 | 1 | $28.50 | -$28.50 | | $0.00 | -$28.50 |
| 5/9/2022 | 3 | $28.50 | -$85.50 | | $0.00 | -$85.50 |
| 5/9/2022 | 900 | $30.00 | -$27,000.00 | | $0.00 | -$27,000.00 |
| 5/9/2022 | 100 | $30.00 | -$3,000.00 | | $0.00 | -$3,000.00 |

**Shares Retained:** **18,000**

**90-Day Average Price** $36.7862

**Subtotal:** **-$1,034,362.47**
**90-Day Average:** $662,151.00
**Total:** **-$372,211.47**

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between April 16, 2025 and July 14, 2025.