**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Pronouns: he/him/his
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Counsel for Movant and*
*[Proposed] Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVI KRISHNAMOORTHY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SEMLER SCIENTIFIC, INC., DOUGLAS MURPHY-CHUTORIAN, ANDREW B. WEINSTEIN, and RENAE CORMIER, <br><br> Defendants. | Case No. 5:25-cv-07303-PCP <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT SIDNEY WOODBURY'S OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTION** <br><br> <u>CLASS ACTION</u> <br><br> Judge: P. Casey Pitts <br> Hearing: December 4, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 8 – 4th Floor (San Jose) |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for movant Sidney Woodbury ("Movant"). I make this declaration in support of Movant's Opposition to the Competing Lead Plaintiff Motion. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT SIDNEY WOODBURY'S OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTION– Case No. 5:25-cv-07303-PCP

Exhibit 1:    Complaint filed by Scott D. Link against Disciplined Growth Investors, Inc. and individual defendants in the action *Link v. Disciplined Growth Investors, Inc., et al.,* 27-cv-20-6781 (Minn.)

Exhibit 2:    Brief filed by defendants in *Link v. Disciplined Growth Investors, Inc. et al.*, No. 27-cv-20-6781 (Minn.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 12th day of November, 2025.

*/s/ Laurence M. Rosen*
Laurence M. Rosen, Esq.

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT SIDNEY WOODBURY'S OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTION– Case No. 5:25-cv-07303-PCP

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am not a party to the above case and I am over the age of eighteen.

On November 12, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT SIDNEY WOODBURY'S OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on November 12, 2025.


/s/ *Laurence M. Rosen*
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT SIDNEY WOODBURY'S OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTION– Case No. 5:25-cv-07303-PCP